# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | **Case No.** 2:19-cv-08793-RGK-JEM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SMART STOP INC., a California corporation, | |
| Defendant. | |

In accordance with the Court's February 6, 2020 Order, it is **ORDERED, ADJUDGED, and DECREED** that:

Plaintiff Brian Whitaker shall have JUDGMENT in his favor for $5,185.50 against defendant Smart Stop, Inc. and, additionally, defendant Smart Stop, Inc. is ordered to remove all barriers to accessibility identified in the Court's Order where such removal is readily achievable as defined under the Americans with Disabilities Act.

**IT IS SO ORDERED**

DATED: February 13, 2020

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
United States District Judge